In the Matter of ROSETTA HURWITZ v. ROBERT E. HERMAN, as State Rent Administrator.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

JANET SHAVER v. GILBERT ENGELS.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of ROSA NAPOLI, Deceased. DOROTHY STOLA, as Administratrix, Appellant; FRANCES GIORDANELLI, Respondent.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ERWIN M. BIER et al., v. INTERAMERICAN REFINING CORPORATION.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

RICHARD J. O'CONNELL, JR., et al., Respondents, v. PIERTON REALTY, INC., Appellant, et al., Defendant.— No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

CHARLES WALLACE, an Infant by DOROTHY WALLACE, His Guardian ad Litem, et al., v. UNIVERSAL INSURANCE COMPANY, INC.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of PHILIP BROWN v. JACOB BURNS et al., Constituting the Co-ordinating Committee on Discipline.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.